UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FELIX F. FIGUEROA,

                    Plaintiff,

                    Case No. 08 cv 4966 (VM)(KNF)

-against-                  RULE 7.1 STATEMENT

COX NISSAN, a New York corporation, NISSAN MOTOR CREDIT CORPORATION, a California Corporation, KEITH COX, an individual, TROY HEYWARD, and individual and RICHARD MIGNONE, an individual,

                    Defendants.
------------------------------------------------------------------x

      Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate for possible disqualification or recusal, the undersigned counsel for COX NISSAN, INC. hereby certifies that COX NISSAN, INC. is a closely held corporation organized under the laws of the State of New York. There are no publicly held corporate parents, subsidiaries or affiliates of COX NISSAN, INC.

Dated:  New York, New York
         July 1, 2008

                                      CYRULI SHANKS HART & ZIZMOR LLP

                                      By: ____/s/_____
                                           Russell Shanks
                                           Attorneys for Defendants
                                           Cox Nissan, Inc. and Keith Cox
                                           420 Lexington Avenue-Ste 2320
                                           New York, New York 10170
                                           (212) 661-6800

TO:    RICHARD D. LAMBORN, ESQ.
         Attorney for Plaintiff
         333 East 149th St., 2nd Floor
         Bronx, NY 10451
         (917) 671-6217