**RICHARD D LAMBORN**
Attorney and Counselor at Law
RLamborn@LambornLaw.com
www.LambornLaw.com
(646) 349-3819 Fax
(917) 671-6217

Please reply to:
333 East 149th Street, 2nd Floor
Bronx, NY 10451

Appointments also available
in Manhattan

August 22, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-08
```

Honorable Victor Marrero
United States District Court Judge
500 Pearl Street, #660
New York, NY 10007

**VIA FACSIMILE TRANSMISSION**

Re: Figueroa v. Cox Nissan *et al.*
    Case No. 08 CV 4966 (VM) (KNF)

Dear Honorable Judge:

I represent the Plaintiff in the above referenced case. At the Initial Pre-Trial, the Court ordered that I report back by today Plaintiff's stance on Defendant Nissan Motor Acceptance's position that arbitration is required in this case.

Unfortunately, I have not been able to complete my re-evaluation of the case and I request that this deadline be extended to August 29, 2008.

Respectfully,

*[signature]*

Richard D Lamborn, Esq.

cc Russell Shanks, Esq. (*via* fax)
   William Grae, Esq. (*via* fax)

---

*Request GRANTED. The time for Plaintiff to advise the Court of the evaluation whether this action is subject to arbitration is extended to 8-29-08.*

SO ORDERED:

8-25-08
DATE            VICTOR MARRERO, U.S.D.J.